AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| HIGHLINE CAPITAL MANAGEMENT, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 15cv8827 |
| HIGHLINE RESEARCH ADVISORS, LLC and THEODORE E. KALEM | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HIGHLINE RESEARCH ADVISORS, LLC, 711 Fifth Avenue, 16th Floor
New York, NY 10022;

THEODORE E. KALEM, 711 Fifth Avenue, 16th Floor
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11/09/2015                                                                     /s/ L. Aquino
                                                                                                         *Signature of Clerk or Deputy Clerk*