AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| HIGHLINE CAPITAL MANAGEMENT, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  15cv8827 |
| HIGHLINE RESEARCH ADVISORS, LLC and THEODORE E. KALEM | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HIGHLINE RESEARCH ADVISORS, LLC, 711 Fifth Avenue, 16th Floor
New York, NY 10022;

THEODORE E. KALEM, 711 Fifth Avenue, 16th Floor
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/09/2015

/s/ L. Aquino
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15cv8827

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Highline Research Advisors, LLC

was received by me on *(date)*  12/03/2015  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* On December 3, 2015, I caused the Summons and Complaint to be served by FedEx on Robert S. Raymar, Esq., counsel for Defendants, who agreed to accept service on behalf of Defendants, at Hellring Lindeman et al LLP, One Gateway Center, Newark, NJ 07102

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  12/07/2015

*Server's signature*

L. Donald Prutzman
*Printed name and title*

Tannenbaum Helpern Syracuse Hirschtritt LLP
900 Third Avenue
New York, NY 10022
*Server's address*

Additional information regarding attempted service, etc: