UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HIGHLINE CAPITAL MANAGEMENT, LLC, | Civil Action No. 15-cv-08827(SAS) |
| Plaintiff, | ECF Case |
| vs. | |
| HIGHLINE RESEARCH ADVISORS, LLC and THEODORE E. KALEM, | NOTICE OF APPEARANCE OF ROBERT B. ROSEN, ESQ. |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that ROBERT B. ROSEN, ESQ., of Hellring Lindeman Goldstein & Siegal LLP, duly admitted to the Bar of this Court, hereby enters his appearance on behalf of defendants Highline Research Advisors, LLC and Theodore E. Kalem, in the above-entitled action and demands that all notices given or required to be given, and all papers served, be given to and served upon him at the following address and telephone number:

> Hellring Lindeman Goldstein & Siegal LLP
> One Gateway Center
> Newark, New Jersey 07102-5386
> 973.621.9020
> rbrosen@hlgslaw.com

> HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
> Attorneys for Defendants
>
> By: _____/s/Robert B. Rosen_____
> ROBERT B. ROSEN
> A Member of the Firm
> One Gateway Center
> Newark, New Jersey 07102
> 973.621.9020

Dated:   January 28, 2016

59725