```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHLINE CAPITAL MANAGEMENT, LLC,   Civil Action No. 15-cv-08827(SAS)

          Plaintiff,   ECF Case

vs.

HIGHLINE RESEARCH ADVISORS, LLC
and THEODORE E. KALEM,   STIPULATION AND ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT

          Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time for the defendants to answer or otherwise move with respect to the complaint is extended up to and including February 22, 2016.

No provision of this Stipulation and Order shall be construed as a waiver of, and defendants expressly reserve, any and all defenses.

There has been no previous request for an extension of time in connection with this matter.

TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP

By: _____
    L. DONALD PRUTZMAN

900 Third Avenue
New York, New York 10022
212.508.6700
prutzman@thsh.com
Attorneys for Plaintiffs

Dated: January 28, 2016

HELLRING LINDEMAN GOLDSTEIN
& SIEGAL LLP

By: _____
    ROBERT B. ROSEN

One Gateway Center
Newark, New Jersey 07102
973.621.9020
rbrosen@hlgslaw.com
Attorneys for Defendants

Dated: January 28, 2016

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN, U.S.D.J.

1/29/16

59726